# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:10-cv-974 |
| L & R DEVELOPMENT LLC, | ) ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge (Dkt. No. 16) recommending entry of default judgment against Defendant L & R Development LLC. Defendant has not filed any objections to the Report and Recommendation. Based on a *de novo* review of the evidence in this case, the Court adopts the findings and recommendation of the Magistrate Judge. Accordingly, it is hereby

ORDERED that judgment is entered against Defendant L & R Development L.L.C., in favor of Plaintiffs, in the amount of $7,879.07, plus interest on delinquent contributions continuing to accrue at twelve percent (12%) per annum from February 25, 2011 until full payment is made. It is further ORDERED that Defendant is enjoined from violating the terms of Plaintiffs' employee benefit plans, and ORDERED that Defendant submit timely contributions and reports to Plaintiffs' funds.

The Clerk of Court is directed to enter default judgment against Defendant.

Alexandria, Virginia
March 25, 2011

/s/
Liam O'Grady
United States District Judge